

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

08 CV 00854

---

CATHERINE RUBERY, Derivatively on
Behalf of AMBAC FINANCIAL GROUP,
INC.,

                Plaintiff,

vs.

MICHAEL A. CALLEN, JOHN W. UHLEIN,
III, KEVIN J. DOYLE, GREGG L.
BIENSTOCK, THOMAS J. GANDOLFO,
ROBERT G. SHOBACK, DOUGLAS C.
RENFIELD-MILLER, DAVID W. WALLIS,
WILLIAM T. MCKINNON, SEAN T.
LEONARD, JILL M. CONSIDINE, LAURA
S. UNGER, THOMAS C. THEOBALD,
HENRY D.G. WALLACE, PHILIP DUFF,
PHILIP B. LASSITER, ROBERT J.
GENADER, KATHLEEN A. MCDONOUGH
and W. GRANT GREGORY,

                Defendants,

- and -

AMBAC FINANCIAL GROUP, INC., a
Delaware corporation,

                Nominal Defendant.

Civil Action No.

**RULE 7.1 STATEMENT**



---

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff Catherine Rubery, Derivatively on Behalf of Ambac Financial Group, Inc., (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

No corporate parent
No publicly held affiliates or subsidiaries

Dated: January 23, 2008

                                                Thomas G. Amon

                                                Attorney Bar Code: TGA-1515