UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
——————————————————————— x
CATHERINE RUBERY, Derivatively on Behalf of :
AMBAC FINANCIAL GROUP, INC.,            :
                                         :
                    Plaintiff,           :
                                         :
        vs.                              :
                                         :
MICHAEL A. CALLEN, JOHN W. UHLEIN, III,  :
KEVIN J. DOYLE, GREGG L. BIENSTOCK,      :
THOMAS J. GANDOLFO, ROBERT G.            :
SHOBACK, DOUGLAS C. RENFIELD-MILLER,     :
DAVID W. WALLIS, WILLIAM T. MCKINNON,    :   Civil Action No. 08 Civ. 854
SEAN T. LEONARD, JILL M. CONSIDINE,      :
LAURA S. UNGER, THOMAS C. THEOBALD,      :   STIPULATION AND ORDER
HENRY D. G. WALLACE, PHILIP DUFF,        :
PHILIP B. LASSITER, ROBERT J. GENADER,   :   ECF Case
KATHLEEN A. MCDONOUGH and W. GRANT       :
GREGORY,                                 :
                                         :
                    Defendants,          :
        - and -                          :
                                         :
AMBAC FINANCIAL GROUP, INC., a Delaware  :
corporation,                             :
                                         :
                    Nominal Defendant.   :
                                         :
——————————————————————— x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel of record for the defendants in the above-captioned action. I certify that I am admitted to practice in this court.

Dated:   New York, New York                              Respectfully submitted,
         February 15, 2008

                                                                     WACHTELL, LIPTON, ROSEN & KATZ

                                                                     /s/ Peter C. Hein
                                                                     Peter C. Hein (PH-5279)
                                                                     51 West 52nd Street
                                                                     New York, New York  10019
                                                                     Telephone:   (212) 403-1000
                                                                     Facsimile:    (212) 403-2000

                                                                     *Attorneys for Defendants*