UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
—————————————————————————— x
CATHERINE RUBERY, Derivatively on Behalf of :
AMBAC FINANCIAL GROUP, INC., :
: 
                        Plaintiff, :
:
  vs. :
:
MICHAEL A. CALLEN, JOHN W. UHLEIN, III, :
KEVIN J. DOYLE, GREGG L. BIENSTOCK, :
THOMAS J. GANDOLFO, ROBERT G. :
SHOBACK, DOUGLAS C. RENFIELD-MILLER, :
DAVID W. WALLIS, WILLIAM T. MCKINNON, :  Civil Action No. 08 Civ. 854
SEAN T. LEONARD, JILL M. CONSIDINE, :
LAURA S. UNGER, THOMAS C. THEOBALD, :  STIPULATION AND ORDER
HENRY D. G. WALLACE, PHILIP DUFF, :
PHILIP B. LASSITER, ROBERT J. GENADER, :  ECF Case
KATHLEEN A. MCDONOUGH and W. GRANT :
GREGORY, :
:
                     Defendants, :
  - and - :
:
AMBAC FINANCIAL GROUP, INC., a Delaware :
corporation, :
:
                Nominal Defendant. :
:
—————————————————————————— x

        TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

        Please enter my appearance as counsel of record for the defendants in the above-captioned action. I certify that I am admitted to practice in this court.

-2-

Dated:  New York, New York
        February 15, 2008

Respectfully submitted,

WACHTELL, LIPTON, ROSEN & KATZ

/s/ Warren R. Stern
Warren R. Stern (WS-2957)
51 West 52nd Street
New York, New York  10019
Telephone:  (212) 403-1000
Facsimile:  (212) 403-2000

*Attorneys for Defendants*