UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————— x

CATHERINE RUBERY, Derivatively on Behalf of :
AMBAC FINANCIAL GROUP, INC.,                   :
                                               :
                    Plaintiff,                 :
                                               :
        vs.                                    :
                                               :
MICHAEL A. CALLEN, JOHN W. UHLEIN, III,       :
KEVIN J. DOYLE, GREGG L. BIENSTOCK,           :
THOMAS J. GANDOLFO, ROBERT G.                  :
SHOBACK, DOUGLAS C. RENFIELD-MILLER,          :
DAVID W. WALLIS, WILLIAM T. MCKINNON,         :    Civil Action No. 08 Civ. 854
SEAN T. LEONARD, JILL M. CONSIDINE,           :
LAURA S. UNGER, THOMAS C. THEOBALD,           :    STIPULATION AND ORDER
HENRY D. G. WALLACE, PHILIP DUFF,             :
PHILIP B. LASSITER, ROBERT J. GENADER,        :    ECF Case
KATHLEEN A. MCDONOUGH and W. GRANT            :
GREGORY,                                       :
                                               :
                    Defendants,                :
        - and -                                :
                                               :
AMBAC FINANCIAL GROUP, INC., a Delaware       :
corporation,                                   :
                                               :
                    Nominal Defendant.         :
                                               :
———————————————————— x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

        Please enter my appearance as counsel of record for the defendants in the above-

captioned action.  I certify that I am admitted to practice in this court.

Dated:  New York, New York
        February 15, 2008

Respectfully submitted,

WACHTELL, LIPTON, ROSEN & KATZ

/s/ Joshua A. Naftalis
Joshua A. Naftalis (JN-8054)
51 West 52nd Street
New York, New York  10019
Telephone:  (212) 403-1000
Facsimile:   (212) 403-2000

*Attorneys for Defendants*