UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――― x
CATHERINE RUBERY, Derivatively on Behalf of :
AMBAC FINANCIAL GROUP, INC.,           :
                                        :
            Plaintiff,                  :
                                        :
                                        :
    vs.                                 :
                                        :
MICHAEL A. CALLEN, JOHN W. UHLEIN, III, :
KEVIN J. DOYLE, GREGG L. BIENSTOCK,    :
THOMAS J. GANDOLFO, ROBERT G.          :
SHOBACK, DOUGLAS C. RENFIELD-MILLER,   :
DAVID W. WALLIS, WILLIAM T. MCKINNON,  :
SEAN T. LEONARD, JILL M. CONSIDINE,    :   Civil Action No. 08 Civ. 854 (SHS)
LAURA S. UNGER, THOMAS C. THEOBALD,    :
HENRY D. G. WALLACE, PHILIP DUFF,      :   ECF Case
PHILIP B. LASSITER, ROBERT J. GENADER, :
KATHLEEN A. MCDONOUGH and W. GRANT     :
GREGORY,                                :
                                        :
            Defendants,                 :
    - and -                             :
                                        :
AMBAC FINANCIAL GROUP, INC., a Delaware :
corporation,                            :
                                        :
            Nominal Defendant.          :
                                        :
―――――――――――――――――――――――――― x

## STATEMENT PURSUANT TO
## FEDERAL RULE OF CIVIL PROCEDURE 7.1

Pursuant to Fed. R. Civ. P. 7.1, Ambac Financial Group, Inc. discloses that it does not have a parent corporation and that no publicly held corporation owns more than 10% of its stock.

Dated:  New York, New York  
       February 15, 2008

Respectfully submitted,

WACHTELL, LIPTON, ROSEN & KATZ

/s/ Peter C. Hein  
Peter C. Hein (PH-5279)  
Warren R. Stern (WS-2957)  
Joshua A. Naftalis (JN-8054)  
51 West 52nd Street  
New York, New York 10019  
Telephone:  (212) 403-1000  
Facsimile:   (212) 403-2000

SERVICE LIST

<u>By ECF</u>

Jeffrey P. Fink
Felipe A. Arroyo
Mark A. Golovach
Julia M. Willaims
Robbins Umeda & Fink, LLP
610 West Ash Street, Suite 1800
San Diego, CA  92101

Thomas G. Amon
Law Offices of Thomas G. Amon
250 West 57th Street, Suite 1316
New York, New York  10107

*Attorneys for Plaintiff*