UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————— x
CATHERINE RUBERY, Derivatively on Behalf of :
AMBAC FINANCIAL GROUP, INC.,                :
                                            :
                    Plaintiff,           :
                                            :
   vs.                                      :
                                            :
MICHAEL A. CALLEN, JOHN W. UHLEIN, III,     :
KEVIN J. DOYLE, GREGG L. BIENSTOCK,         :
THOMAS J. GANDOLFO, ROBERT G.               :
SHOBACK, DOUGLAS C. RENFIELD-MILLER,        :
DAVID W. WALLIS, WILLIAM T. MCKINNON,       :   Civil Action No. 08 Civ. 854
SEAN T. LEONARD, JILL M. CONSIDINE,         :
LAURA S. UNGER, THOMAS C. THEOBALD,         :   NOTICE OF APPEARANCE
HENRY D. G. WALLACE, PHILIP DUFF,           :
PHILIP B. LASSITER, ROBERT J. GENADER,      :   ECF Case
KATHLEEN A. MCDONOUGH and W. GRANT          :
GREGORY,                                    :
                                            :
                    Defendants,          :
   - and -                                  :
                                            :
AMBAC FINANCIAL GROUP, INC., a Delaware     :
corporation,                                :
                                            :
                 Nominal Defendant.    :
                                            :
———————————————————————— x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel of record for the defendants in the above-captioned action. I certify that I am admitted to practice in this court.

-2-

|  |  |
|---|---|
| Dated: New York, New York<br>February 19, 2008 | Respectfully submitted,<br><br>WACHTELL, LIPTON, ROSEN & KATZ<br><br>/s/ Peter C. Hein<br>Peter C. Hein (PH-5279)<br>51 West 52nd Street<br>New York, New York 10019<br>Telephone: (212) 403-1000<br>Facsimile: (212) 403-2000<br><br>*Attorneys for Defendants* |