UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
─────────────────────────────────────────── x
CATHERINE RUBERY, Derivatively on Behalf of :
AMBAC FINANCIAL GROUP, INC., :
:
                    Plaintiff, :
:
  vs. :
:
MICHAEL A. CALLEN, JOHN W. UHLEIN, III, :
KEVIN J. DOYLE, GREGG L. BIENSTOCK, :
THOMAS J. GANDOLFO, ROBERT G. :
SHOBACK, DOUGLAS C. RENFIELD-MILLER, :
DAVID W. WALLIS, WILLIAM T. MCKINNON, :  Civil Action No. 08 Civ. 854
SEAN T. LEONARD, JILL M. CONSIDINE, :
LAURA S. UNGER, THOMAS C. THEOBALD, :  NOTICE OF APPEARANCE
HENRY D. G. WALLACE, PHILIP DUFF, :
PHILIP B. LASSITER, ROBERT J. GENADER, :  ECF Case
KATHLEEN A. MCDONOUGH and W. GRANT :
GREGORY, :
:
                    Defendants, :
  - and - :
:
AMBAC FINANCIAL GROUP, INC., a Delaware :
corporation, :
:
              Nominal Defendant. :
:
─────────────────────────────────────────── x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel of record for the defendants in the above-captioned action.  I certify that I am admitted to practice in this court.

Dated:  New York, New York
        February 19, 2008

Respectfully submitted,

WACHTELL, LIPTON, ROSEN & KATZ

/s/ Warren R. Stern
Warren R. Stern (WS-2957)
51 West 52nd Street
New York, New York  10019
Telephone:   (212) 403-1000
Facsimile:     (212) 403-2000

*Attorneys for Defendants*

-2-