UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――― x
CATHERINE RUBERY, Derivatively on Behalf of :
AMBAC FINANCIAL GROUP, INC., :
　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　Plaintiff, :
　　　　　　　　　　　　　　　　　　　　　　:
　　vs. :
　　　　　　　　　　　　　　　　　　　　　　:
MICHAEL A. CALLEN, JOHN W. UHLEIN, III, :
KEVIN J. DOYLE, GREGG L. BIENSTOCK, :
THOMAS J. GANDOLFO, ROBERT G. :
SHOBACK, DOUGLAS C. RENFIELD-MILLER, :
DAVID W. WALLIS, WILLIAM T. MCKINNON, :
SEAN T. LEONARD, JILL M. CONSIDINE, :　Civil Action No. 08 Civ. 854 (SHS)
LAURA S. UNGER, THOMAS C. THEOBALD, :
HENRY D. G. WALLACE, PHILIP DUFF, :　ECF Case
PHILIP B. LASSITER, ROBERT J. GENADER, :
KATHLEEN A. MCDONOUGH and W. GRANT :
GREGORY, :
　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　Defendants, :
　　- and - :
　　　　　　　　　　　　　　　　　　　　　　:
AMBAC FINANCIAL GROUP, INC., a Delaware :
corporation, :
　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　Nominal Defendant. :
　　　　　　　　　　　　　　　　　　　　　　:
―――――――――――――――――――――――― x

## CERTIFICATE OF SERVICE

　　　　　　The undersigned, an attorney, hereby certifies that on February 19, 2008, he caused copies of the following documents to be served on counsel for the parties in this action as indicated on the attached service list:

　　　　　　(i)　　　Notice of Appearance of Peter C. Hein on behalf of defendants;

　　　　　　(ii)　　Notice of Appearance of Warren R. Stern on behalf of defendants;  and

　　　　　　(iii)　　Notice of Appearance of Joshua A. Naftalis on behalf of defendants.

Dated:   New York, New York                 Respectfully submitted,
         February 19, 2008

                                                      WACHTELL, LIPTON, ROSEN & KATZ

                                                      /s/ Joshua A. Naftalis
                                                      Joshua A. Naftalis (JN-8054)
                                                      51 West 52nd Street
                                                      New York, New York  10019
                                                      Telephone:   (212) 403-1000
                                                      Facsimile:    (212) 403-2000

## SERVICE LIST

<u>By ECF</u>

Jeffrey P. Fink
Felipe A. Arroyo
Mark A. Golovach
Julia M. Willaims
Robbins Umeda & Fink, LLP
610 West Ash Street, Suite 1800
San Diego, CA  92101

Thomas G. Amon
Law Offices of Thomas G. Amon
250 West 57th Street, Suite 1316
New York, New York  10107

*Attorneys for Plaintiff*