UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
─────────────────────────────────── x
CATHERINE RUBERY, Derivatively on Behalf of : 
AMBAC FINANCIAL GROUP, INC.,                :
                                             :
                    Plaintiff,                :
                                             :
vs.                                          :
                                             :
MICHAEL A. CALLEN, JOHN W. UHLEIN, III,      :
KEVIN J. DOYLE, GREGG L. BIENSTOCK,          :
THOMAS J. GANDOLFO, ROBERT G.                :
SHOBACK, DOUGLAS C. RENFIELD-MILLER,         :
DAVID W. WALLIS, WILLIAM T. MCKINNON,        :
SEAN T. LEONARD, JILL M. CONSIDINE,          :   Civil Action No. 08 Civ. 854 (SHS)
LAURA S. UNGER, THOMAS C. THEOBALD,          :
HENRY D. G. WALLACE, PHILIP DUFF,            :   ECF Case
PHILIP B. LASSITER, ROBERT J. GENADER,       :
KATHLEEN A. MCDONOUGH and W. GRANT           :
GREGORY,                                     :
                                             :
                    Defendants,               :
  - and -                                     :
                                             :
AMBAC FINANCIAL GROUP, INC., a Delaware     :
corporation,                                 :
                                             :
                 Nominal Defendant.        :
                                             :
─────────────────────────────────── x

## CERTIFICATE OF SERVICE

      The undersigned, an attorney, hereby certifies that on March 5, 2008, he caused copies of the following documents to be served on counsel for the parties in this action as indicated on the attached service list:

(i)    Notice of Defendants' Motion to Transfer Action for Coordinated Pre-Trial Proceedings;

(ii)   Memorandum in Support of Defendants' Motion to Transfer Action for Coordinated Pre-Trial Proceedings; and

(iii)  Declaration of Joshua A. Naftalis in Support of Defendants' Motion to Transfer Action for Coordinated Pre-Trial Proceedings and accompanying exhibits, dated March 5, 2008.

Dated:  New York, New York
        March 5, 2008

                                                Joshua A. Naftalis (JN-8054)

## **SERVICE LIST**

<u>By ECF and email</u>

Robbins Umeda & Fink, LLP

    Jeffrey P. Fink
    Felipe A. Arroyo
    Mark A. Golovach
    Julia M. Willaims
    610 West Ash Street, Suite 1800
    San Diego, CA  92101

Law Offices of Thomas G. Amon

    Thomas G. Amon
    250 West 57th Street, Suite 1316
    New York, New York  10107

*Attorneys for Plaintiff*

<u>Courtesy Copy to Plaintiffs' Counsel in Other Actions:</u>

**Reimer (Civil Action No. 08 Civ 411):**

Coughlin Stoia Geller Rudman & Robbins LLP

    Samuel H. Rudman  (by email)
    David A. Rosenfeld  (by email)
    Mario Alba  (by email)
    58 South Service Road, Suite 200
    Melville, New York  11747
    Telephone:  (631) 367-7100
    Facsimile:   (631) 367-1173

    Darren J. Robbins (by email)
    David C. Walton (by email)
    Catherine J. Kowalewski (by email)
    655 West Broadway, Suite 1900
    San Diego, CA  92101
    Telephone:  (619) 231-1058
    Facsimile:   (619) 231-7423

**Clark (Civil Action No. 08 Civ. 856):**

Law Offices of Thomas G. Amon

> Thomas G. Amon (by email)
> 250 West 57th Street, Suite 1316
> New York, New York 10107
> Telephone: (212) 810-2430
> Facsimile: (212) 810-2427

**Babic (Civil Action No. 08 Civ 1273):**

Labaton Sucharow LLP

> Christopher J. Keller (by email)
> Andrei V. Rado (by email)
> Alan I. Ellman (by email)
> 140 Broadway
> New York, New York 10005
> Telephone: (212) 907-0700
> Facsimile: (212) 818-0477

Finkelstein Thompson LLP

> Donald J. Enright (by email)
> Elizabeth K. Tripodi (by email)
> 1050 30th Street N.W.
> Washington D.C. 20007
> Telephone: (202) 337-8000
> Facsimile: (202) 337-8090

**Yaokasin (Civil Action No. 08 Civ 1312):**

Murray, Frank & Sailer, LLP

> Brian Murray (by email)
> 275 Madison Avenue, Suite 801
> New York, NY 10016
> Telephone: (212) 682-1818

Johnson Bottini, LLP

> Frank J. Johnson (by email)
> Francis A. Bottini, Jr. (by email)
> Derek J. Wilson
> 655 West Broadway, Suite 1400
> San Diego, CA 92101
> Telephone: (619) 230-0063

**Parker (Civil Action No. 08 Civ 1825):**

Abbey Spanier Rodd & Abrams, LLP

>   Jill S. Abrams (by email)
>   212 E. 39th Street
>   New York, NY 10016
>   Telephone: (212) 889-3700
>   Facsimile: (212) 684-5191

Spector Roseman & Kodroff, P.C.

>   Robert M. Roseman (by email)
>   Andrew D. Abramowitz (by email)
>   David Felderman (by email)
>   1818 Market Street
>   Suite 2500
>   Philadelphia, PA 19103
>   Telephone: (215) 496-0300
>   Facsimile: (215) 496-6611

**Minneapolis Firefighters' Relief Assoc. (Civil Action No. 08 Civ 1918):**

Kaplan Fox & Kilsheimer LLP

>   Frederic S. Fox (by email)
>   Joel B. Strauss (by email)
>   Donald Hall (by email)
>   Melinda D. Rodon (by email)
>   850 Third Avenue, 14th Floor
>   New York, NY 10022
>   Telephone: (212) 687-1980
>   Facsimile: (212) 687-7714

Lockridge Grindal Nauen, P.L.L.P.

>   Richard A. Lockridge (by email)
>   Karen H. Riebel (by email)
>   100 Washington Avenue South, Suite 2200
>   Minneapolis, MN 55401
>   Telephone: (612) 339-6900
>   Facsimile: (612) 399-0981