UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| CATHERINE RUBERY, Derivatively on Behalf of AMBAC FINANCIAL GROUP, INC., | Civil Action No. 08 Civ. 854 (SHS) <br><br> ECF Case |
| Plaintiff, | |
| vs. | |
| MICHAEL A. CALLEN, JOHN W. UHLEIN, III, KEVIN J. DOYLE, GREGG L. BIENSTOCK, THOMAS J. GANDOLFO, ROBERT G. SHOBACK, DOUGLAS C. RENFIELD-MILLER, DAVID W. WALLIS, WILLIAM T. MCKINNON, SEAN T. LEONARD, JILL M. CONSIDINE, LAURA S. UNGER, THOMAS C. THEOBALD, HENRY D.G. WALLACE, PHILIP DUFF, PHILIP B. LASSITER, ROBERT J. GENADER, KATHLEEN A. MCDONOUGH and W. GRANT GREGORY, | |
| Defendants, <br> - and - | |
| AMBAC FINANCIAL GROUP, INC., a Delaware corporation, | |
| Nominal Defendant. | |

---

**STATEMENT OF NON-OPPOSITION TO DEFENDANTS' MOTION TO TRANSFER ACTION FOR COORDINATED PRE-TRIAL PROCEEDINGS**

On or about March 5, 2008, defendants Michael A. Callen, John W. Uhlein, III, Kevin J. Doyle, Gregg L. Bienstock, Thomas J. Gandolfo, Robert G. Shoback, Douglas C. Renfield-Miller, David W. Wallis, William T. McKinnon, Sean T. Leonard, Jill M. Considine, Laura S. Unger, Thomas C. Theobald, Henry D.G. Wallace, Philip Duff, Philip B. Lassiter, Robert J. Genader, Kathleen A. McDonough, W. Grant Gregory and nominal defendant Ambac Financial Group, Inc. filed their Motion to Transfer Action for Coordinated Pre-trial Proceedings ("Motion

to Transfer") with this Court. Plaintiff Catherine Rubery ("Plaintiff"), by and through her attorneys, hereby notifies the Court that Plaintiff has no opposition to the Motion to Transfer.

DATED: March 20, 2008                    Respectfully submitted,

LAW OFFICES OF THOMAS G. AMON

*/s/ Thomas G. Amon*

THOMAS G. AMON (TGA-1515)

250 West 57th Street, Suite 1316
New York, New York 10107
Telephone: (212) 810-2430
Facsimile: (212) 810-2427

ROBBINS UMEDA & FINK, LLP
JEFFREY P. FINK
FELIPE A. ARROYO
MARK A. GOLOVACH
JULIA M. WILLIAMS
610 West Ash Street, Suite 1800
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2008, the foregoing document was filed with the Clerk of the Court for the U.S. District Court, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to all attorneys of record who have consented in writing to accept this Notice as service of documents by electronic means. I hereby certify that I have served the foregoing document to all individuals who have not consented to electronic notification by mail as well as courtesy copies to those parties below.

                                                            _____
                                                            THOMAS G. AMON

By ECF and Mail

Jeffrey P. Fink
Felipe A. Arroyo
Mark A. Golovach
Julia M. Williams
ROBBINS UMEDA & FINK, LLP
610 West Ash Street, Suite 1800
San Diego, CA 92101

*Counsel for Plaintiff*

Peter C. Hein
Warren R. Stern
Joshua Arditi Naftalis
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY 10019

*Counsel for Defendants*

Courtesy Copy to Counsel in Other Actions by Mail:

*Reimer*, Civil Action No. 08 Civ. 411

Samuel H. Rudman
David A. Rosenfeld
Mario Alba
COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
58 South Service Road, Suite 200
Melville, NY 11747

Darren J. Robbins
David C. Walton
Catherine J. Kowalewski
COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101

*Babic*, Cicil Action No. 08 Civ. 1273

| | |
|---|---|
| Christopher J. Keller<br>Andrei V. Rado<br>Alan I. Ellman<br>LABATON SUCHAROW LLP<br>140 Broadway<br>New York, NY 10005 | Donald J. Enright<br>Elizabeth K. Tripodi<br>FINKELSTEIN THOMPSON LLP<br>1050 30th Street, N.W.<br>Washington, D.C. 20007 |

*Yaokasin*, Civil Action No. 08 Civ. 1312

| | |
|---|---|
| Brian Murray<br>MURRAY, FRANK & SAILER, LLP<br>275 Madison Avenue, Suite 801<br>New York, NY 10016 | Frank J. Johnson<br>Francis A. Bottini, Jr.<br>Derek J. Wilson<br>JOHNSON BOTTINI, LLP<br>655 West Broadway, Suite 1400<br>San Diego, CA 92101 |

*Parker*, Civil Action No. 08 Civ. 1825

| | |
|---|---|
| Jill S. Abrams<br>ABBEY SPANIER RODD & ABRAMS, LLP<br>212 E. 39th Street<br>New York, NY 10016 | Robert M. Roseman<br>Andrew D. Abramowitz<br>David Felderman<br>SPECTOR ROSEMAN & KODROFF, P.C.<br>1818 Market Street<br>Suite 2500<br>Philadelphia, PA 19103 |

*Minneapolis Firefighters' Relief Assoc.*, Civil Action No. 08 Civ. 1918

| | |
|---|---|
| Frederic S. Fox<br>Joel B. Strauss<br>Donald Hall<br>Melinda D. Rodon<br>KAPLAN FOX & KILSHEIMER LLP<br>850 Third Avenue, 14th Floor<br>New York, NY 10022 | Richard A. Lockridge<br>Karen H. Riebel<br>LOCKRIDGE GRINDAL NAUEN, P.L.L.P.<br>100 Washington Avenue South, Suite 2200<br>Minneapolis, MN 55401 |

330120_2