UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE AMBAC FINANCIAL GROUP, INC. DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | ) Lead Case No. 08-CV-854 (SHS)<br>)<br>) (Derivative Action) (ECF Case)<br>)<br>)<br>)<br>)<br>)<br>) |

CERTIFICATE OF SERVICE

I, Joshua A. Naftalis, certify that copies of (i) Defendants' Notice of Motion to Dismiss the Consolidated Shareholder Derivative Complaint; (ii) Memorandum in Support of Defendants' Motion to Dismiss the Consolidated Shareholder Derivative Complaint; and (iii) Declaration of Joshua A. Naftalis in Support of Defendants' Motion to Dismiss the Consolidated Shareholder Derivative Complaint dated August 8, 2008, and exhibits thereto, were filed in the Court's electronic database on August 8, 2008. As a courtesy, these documents were also emailed to the following counsel, and have been sent by U.S. mail to liaison counsel, Thomas G. Amon:

    Thomas G. Amon
    Law Offices of Thomas G. Amon
    250 West 57th Street, Suite 1316
    New York, NY  10107

    Jeffrey P. Fink
    Robbins Umeda & Fink, LLP
    610 West Ash Street, Suite 1800
    San Diego, CA  92101

    Brian P. Murray
    Murray, Frank & Sailer, LLP
    275 Madison Avenue, Suite 801
    New York, NY  10016

Francis A. Bottini
Johnson Bottini LLP
655 W. Broadway, Suite 1400
San Diego, CA  92101

/s/ Joshua A. Naftalis
Joshua A. Naftalis (JN-8054)
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY  10019
Telephone:  (212) 403-1000
Facsimile:   (212) 403-2000