```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/22/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In re AMBAC FINANCIAL GROUP, INC.,  :   08 Civ. 854 (SHS)
Derivative Litigation,                  This Document Relates to All Actions
                                     :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    The Court has been notified that on November 8, 2010, nominal defendant Ambac Financial Group, Inc. commenced a case under Chapter 11 of Title 11 of the United States Code. 11 U.S.C. § 362 requires an automatic stay of this action. In light of the automatic stay,

    IT IS HEREBY ORDERED that this action is dismissed without prejudice to its renewal when and if the stay is lifted.

Dated: New York, New York
       November 22, 2010

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.